# EXHIBIT III

US Office:
ITW Nexus Global
195 Algonquin Road
Des Plaines, Illinois 60016-6197
Telephone 847-299-2222
FAX 847-390-6183
Website www.itwnexus.com

China Office:
ITW Shanghai Plastic & Metal Co., Ltd
No. 327 Chun Dong Road,
Shanghai, China, 201108
Tel: 021 5442 0880
Fax: 021 5442 5630



Fastex Buckles, Engineered Closures and Components

9/28/10

Keen inc.
Att: Chadd Garvens
926 NW 13th Avenue, Suite 210
Portland, OR 97209

Re:  U.S. Patent No. 436,556, 6,415,482 and associated international counterparts

Dear Chadd,

We have observed that you are selling Products with certain buckle devices that are covered by the ITW patents noted above. Pictures with infringing parts on Keen products and copies of the patents are attached herewith for your reference.

ITW places a significant value in its intellectual property. To avoid legal action at this time, we request that you remove the infringing products from your current product offerings. Failure to do so may subject your company to appropriate legal action.

Thank you for your cooperation, and we look forward to hearing from you within three (3) weeks from delivery of this letter.

Best Regards,

Steve Keller

ITW Nexus Global
Product Development Manager
steve.keller@itw-nexus.com

It is the responsibility of the Customer to determine the suitability of ITW Nexus products for use in their particular application.

# ITW Nexus/Keen Aerohead issue
## 9/28/10





ITW Nexus Aerohead          Keen part



ITW Nexus Aerohead          Keen part



ITW Nexus Aerohead    Keen part