# EXHIBIT V

Illinois Tool Works Inc.
Corporate Headquarters
3600 West Lake Avenue
Glenview, Illinois 60026-1215
Telephone 847.724.7500
Direct Dial 847.657.4075
Fax 847.724.4160
E-Mail: pdonovan@itw.com

**Paul F. Donovan**
Group Technology Counsel



August 3, 2011

VIA E-MAIL

Jennifer Yruegas: Legal Counsel
Keen Footwear
926 NW 13th Avenue, Suite 210
Portland, Oregon 97209

Re: Agreement Between Keen Footwear and ITW Nexus Global

Dear Jennifer:

This Letter Agreement is intended to resolve a potential dispute between Keen and ITW Nexus regarding Keen's use and/or sale of certain cord attachment devices (i.e., Aerohead™ designs) that fall under ITW's U.S. Design Patent No. D436,556 and/or U.S. Patent No. 6,415,482. We understand Keen has sold hundreds of thousands of the infringing product. In exchange for a payment of U.S. $25,000, we will forego seeking damages for the infringing pieces sold to date. This arrangement is specifically conditioned on Keen's agreement to discontinue any additional infringing sales. If Keen desires to use or sell the products in question, Keen agrees to obtain the products from ITW Nexus for so long as the patents remain in effect. In addition, to further foster the relationship between our respective companies, ITW Nexus is willing to give Keen a credit in the amount of said payment for future development work and tooling as may be invoiced by ITW Nexus to Keen through August 1, 2012. Any unused credit will not be reimbursed to Keen.

Please make out the check to ITW Nexus and send it to my attention at the address provided above.

We trust the foregoing meets with your approval and we would ask that you sign two copies of this Letter Agreement where indicated, keeping one for your records and returning the other to me for our records. If you have any questions or comments, please let me know.

Thank you for your cooperation in this matter.

Sincerely,

Paul F. Donovan

Agreed to and Accepted by:

Keen Footwear

Name: _____

Title: _____

Date: _____