# EXHIBIT VI

Illinois Tool Works Inc.  
Corporate Headquarters  
155 Harlem Avenue  
Glenview, Illinois 60025  
Direct Dial: 224.661.7799  
Facsimile: 224.661.7799  
E-Mail: pdonovan@itw.com  

**Paul F. Donovan**  
Group Technology Counsel



June 16, 2015

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED and E-MAIL**

Tim Naylor  
General Counsel  
Fuerst Group, Inc.  
550 Santa Cruz Avenue  
Menlo Park, California 94025

Re: Keen – ITW License

Dear Mr. Naylor:

This follows our correspondence this past March. We are compelled to more formally register our concerns regarding this matter with you. As I have explained to you, infringing (counterfeit) products are being sold on certain Keen products and we simply cannot allow this to continue. As I have previously indicated to you, we are more than willing to reach an amicable resolution so as to efficiently move this forward. However, short of further discussions, we will be forced to consider taking appropriate measures to recoup our losses.

ITW takes very seriously its intellectual property rights. We have significant investment in the ITW Nexus product line and we must protect our investment by policing our intellectual property, particularly patent, rights.

May I please request that you give me a call in the next week or two so that we can continue our discussions on reaching a suitable arrangement.

Thank you for your consideration and I look forward to hearing from you.

Regards,

Paul F. Donovan