# EXHIBIT VII



1700 East Golf Rd
Schaumburg, IL 60173
(847) 619-6729

Cashier 15875  Register 3  Store 118
Sale  Tran# 9873  11/20/15 12:50 PM



0201180398731120201540403293800

KEEPER # 04032956

8671940 4631  Arizona II  99.95

SUBTOTAL  99.95
SALES TAX  9.00%  9.00
TOTAL  108.95

  108.95
BANKCARD
ACCT # **************8351
AUTH # 210202

Check out EVRGRN gear for good times!
Find classes, outings & events
at your local REI store
Visit www.rei.com/schaumburg for details

FREE U.S. Standard Shipping on
online or phone Orders with
$50 minimum purchase.
Some exclusions apply.

See free shipping details at
www.rei.com/free-shipping.

Shop online at www.rei.com
or order by phone at 1-800-426-4840

Proof of purchase required for refund.

We stand behind everything we sell. If you are not
satisfied with your REI purchase, you can return it
for a replacement or refund within one year of purchase.