# EXHIBIT VIII

# Copy Aerohead

11/25/15











