# EXHIBIT IX

# Keller, Steven

**From:** KEEN Customer Service <orders@keenfootwear.com>
**Sent:** Tuesday, February 09, 2016 8:55 AM
**To:** Keller, Steven
**Subject:** Thank You for Your KEEN Order #K2302737



## Order # K2302737                                   Date: 2/9/2016

**Ship To**
Steven Keller
619 River oaks Ln
Island lake, IL 60042
United States
Phone: 18475266277

**Bill To**
Steven Keller
619 river oaks ln
island lake, IL 60042
United States
Phone: 18475266277

**Shipping Method**
SurePost

**Payment Info**
Visa: *4289 Exp: 07/2017



| ITEM | QTY | SUBTOTAL |
|---|---|---|
| **Arroyo II**<br>1008419<br>Black Olive/Bombay Brown<br>Size: 11 | 1 | $100.00 |

|   |   |
|---|---|
| ORDER SUBTOTAL: | $100.00 |
| TAX: | $6.25 |
| SHIPPING: | Free |
| **ORDER TOTAL:** | **$106.25** |



Follow KEEN:                                    Visit KEEN:

© KEEN ALL RIGHTS RESERVED          CALL 1.866.676.KEEN   keenfootwear.com

1