# EXHIBIT XI



D436,556

KEEN Part

**EXHIBIT XI**